**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jerome WALDEN, Defendant—
Appellant.**

**No. 06–6574.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 20, 2006.

Jerome Walden, Appellant Pro Se. Charles Philip Rosenberg, United States Attorney, Alexandria, Virginia, David John Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Walden appeals the district court's orders denying his motions seeking a certificate of appealability and to hold his claims in abeyance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walden*, No. 3:95–cr–00063–JRS (E.D. Va. Feb. 28, 2006; Mar. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*